GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendant

By:   Adam B. Masef
      Deputy Attorney General
      (609) 376-2955
      adam.masef@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTION

| | |
|---|---|
| In re: Certain Amendments to N.J. Stat. Ann. § 2A:50-56(a), 46:10B-49.2, and 46:10B-49.3 | Civil Action No. 20-6336<br><br>**NOTICE OF APPEARANCE** |

Adam B. Masef, Deputy Attorney General, hereby enters an appearance on behalf of Defendant, Department of Community Affairs.

                        GURBIR S. GREWAL
                        ATTORNEY GENERAL OF NEW JERSEY

            By:   /s/ Adam B. Masef
                   Adam B. Masef
                   Deputy Attorney General

DATED: May 29, 2020